UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| DONALD E. HALLA, et al, | Civil Nos. 15-4115 (JRT/LIB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT |
| LIKEZEBRA, LLC, et al, | AND RECOMMENDATIONS |
| Respondents. | |

_____

Thomas F. Vasti , III, Alexander Jadin, E. Curtis Roeder, **VASTI & VASTI, P.C.,** 1733 Main Street, (Route 44), P.O. Box 656, Pleasant Valley, NY 12569 , Finn Jacobsen, **ROEDER SMITH JADIN PLLC,** 7900 Xerxes Ave South, #20202, Bloomington, MN 55437, for plaintiffs,

Kim Ricketts, 2818 Tejon Court, Simi Valley, CA 93063, *pro se* defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED:**

That Defendant LikeZebra, LLC, is **DISMISSED WITHOUT PREJUDICE** from this action, for Plaintiff's failure to comply with the Court's Order of April 16, 2016 [Docket No. 12].

Dated:  May 23, 2016           s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court