# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

DONALD E. HALLA, et al,                    Civil Nos. 15-4115 (JRT/LIB)

       Plaintiff,

v.

                                           **ORDER ADOPTING REPORT**

LIKEZEBRA, LLC, et al,                **AND RECOMMENDATIONS**

       Respondents.

_____

Thomas F. Vasti , III, Alexander Jadin, E. Curtis Roeder, **VASTI & VASTI, P.C.,** 1733 Main Street, (Route 44), P.O. Box 656, Pleasant Valley, NY 12569 , Finn Jacobsen, **ROEDER SMITH JADIN PLLC,** 7900 Xerxes Ave South, #20202, Bloomington, MN 55437, for plaintiffs,

Kim Ricketts, 2818 Tejon Court, Simi Valley, CA 93063, *pro se* defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

Defendant Phillips and Defendant Rickard are **DISMISSED without prejudice**, from this action, for Plaintiffs' failure to effect service, for lack of prosecution, and for failure to comply with the Court Orders of March 29, 2016, and April 20, 2016, [Docket Nos. 8, 16].

Dated:  June 17, 2016                    s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court